IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| WILLIAM AND DENISE CHAP, JR. | ) | CASE NO. 07-13304 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1.  The Petition commencing this case was filed on 25th day of July, 2007. Brenda Porter Helms was appointed Trustee on the same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.  The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4.  A summary of the Trustee's final account as of June 21, 2008 is as follows:

    a.   RECEIPTS (See Exhibit C)                                     $ 23,810.86
    b.   DISBURSEMENTS (See Exhibit C)                                $ 26.54

|     |     |     |
| --- | --- | --- |
| c.  | NET CASH available for distribution | $ 23,784.32 |
| d.  | ADMINISTRATIVE EXPENSES: |  |
|     | 1. Trustee compensation requested (See Exhibit E) | $3,131.09 |
|     | 2. Trustee Expenses (See Exhibit E) | $0.00 |
|     | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $0.00 |

5. The Bar Date for filing unsecured claims expired on December 14, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|     |     |     |
| --- | --- | --- |
| a.  | Allowed unpaid secured claims | $25.00 |
| b.  | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $3,131.09 |
| c.  | Allowed Chapter 11 administrative Claims | $0.00 |
| d.  | Allowed priority claims | $0.00 |
| e.  | Allowed unsecured claims | $135,196.40 |
| f.  | Other | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 15.26% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (See Exhibit G).

9. A fee of $2,500 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C.

§§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                                                                     RESPECTFULLY SUBMITTED:

DATE: _____6/21/08_____          /s/ Brenda Porter Helms
                                                                                        Trustee
                                                                                        3400 W. Lawrence Avenue
                                                                                       Chicago, IL  60625

## TASKS PERFORMED BY TRUSTE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtors, along with tax return information, and conducted the first meeting of creditors (1 hour). The Trustee contacted her realtor, who inspected the inside and outside of the real property in Bloomingdale and the personal property therein. The Trustee obtained a report from her realtor and discussed the marketing of the house with the realtor (.6 hours). The Trustee contacted debtors attorney to discuss payment to the estate of the equity in the house and this discussion culminated in a final offer being made by the Trustee (.8 hours).

Upon receipt of the debtors offer, the Trustee drafted and filed a motion for authority to accept the offer (.8 hours), sent notice to all creditors (1 hour) and appeared in Court at the hearing on the motion (.3 hours).

Upon receipt of the funds, the Trustee opened an estate bank account and obtained a tax identification number from IRS (.5 hours). The Trustee sent out the bar date notice and reviewed all claims filed (1 hour). The Trustee has filed all necessary reports with the Office of the U.S. Trustee. The Trustee has prepared the Final Report in this matter (2.3 hours).

The Trustee anticipates that the following time will be required to close this case:

Electronically file final report and attachments with Court .5 hours
Court appearance on application for compensation .3 hours
Issue dividend checks  2 hours
Monitor bank account for -0- balance   .5 hours
Prepare and electronically file final account   .5 hours

Total time 12.1 hours @$325 = $3,932.50

## EXHIBIT A

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition | Amount Abandoned
---|---

See attached Individual Estate Property Record

| | |
|---|---|
| Property abandoned or to be abandoned: | |
| Harris Bank accounts – exempt, valued by debtors at | $1,200.00 |
| Household goods – exempt, valued by debtors at | $6,000.00 |
| Clothing – exempt, valued by debtors at | $200.00 |
| Jewelry – exempt, valued by debtors at | $1,000.00 |
| Pension, profit sharing plans – exempt, valued at | $423,500.00 |
| Stock in Schaumburg Graphics, valued by debtors at | $0.00 |
| 2005 Nissan – lien of $12,126, plus disposition costs exceed | $12,750.00 |
| 1993 Saab 93 – exempt – valued at | $3,000.00 |
| **TOTAL AMOUNT ABANDONED:** | **$447,650.00** |

Unscheduled Property

Post petition interest of $28.86

| | |
|---|---|
| TOTAL RECEIPTS | $23,810.86 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $447,650.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $834,900.00 |

## EXHIBIT B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page 1

| Case No: | 07-13304    SQU    Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | CHAP JR., WILLIAM F. | Date Filed (f) or Converted (c): | 07/25/07 (f) |
| | CHAP, DENISE E. | 341(a) Meeting Date: | 09/11/07 |
| For Period Ending: 06/23/08 | | Claims Bar Date: | 12/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 400,000.00 | 0.00 | | 23,782.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. HARRIS BANK ACCOUNTS | 1,200.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 6,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. WEARING APPAREL AND JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. JEWELERY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. PENSION PLANS AND PROFIT SHARING | 350,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. PENSION PLANS AND PROFIT SHARING | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. PENSION PLANS AND PROFIT SHARING | 8,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. PENSION PLANS AND PROFIT SHARING | 63,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 2005 NISSAL ALTIMA | 12,750.00 | 0.00 | DA | 0.00 | FA |
| 12. 1999 SAAB 93 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 28.86 | Unknown |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $847,650.00    $0.00    $23,810.86    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/08

/s/    BRENDA PORTER HELMS, TRUSTEE
_____ Date: 06/23/08
BRENDA PORTER HELMS, TRUSTEE

PFORM1    Ver. 12.63

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-13304 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CHAP JR., WILLIAM F. | | Bank Name: | BANK OF AMERICA, N.A |
| | CHAP, DENISE E. | | Account Number / CD #: | *******7378 Money Market - Interest Bearing |
| Taxpayer ID No | *******8179 | | | |
| For Period Ending: | 06/23/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/27/07 | 1 | William and Denise Chap<br>23 Country Club Dr<br>Bloombingdale IL 60108 | equity in debtors residence | 1110-000 | 23,782.00 | | 23,782.00 |
| 12/31/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.31 | | 23,782.31 |
| 01/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.40 | | 23,791.71 |
| 02/14/08 | 000101 | International Sureties Ltd<br>701 Polydras St<br>New Orleans LA 70139 | trustee bond | 2300-000 | | 26.54 | 23,765.17 |
| 02/29/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 5.65 | | 23,770.82 |
| 03/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.62 | | 23,776.44 |
| 04/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.87 | | 23,781.31 |
| 05/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.01 | | 23,784.32 |

Total Of All Accounts    23,784.32

Ver: 12.63

PFORM24

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| WILLIAM AND DENISE CHAP | CASE NO. 07-13304 |
| Debtor(s). | HON. JOHN SQUIRES |

PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,131.09 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $25.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $20,628.23 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $23,784.32 |

EXHIBIT D

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 25.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 4 | Village Of Bloomingdale Real Estate-Non-consensual Liens | $25.00 | $25.00 |
| | **CLASS TOTALS** | **$25.00** | **$25.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,131.09 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $3,131.09 | $3,131.09 |
| | **CLASS TOTALS** | **$3,131.09** | **$3,131.09** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,425 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 135,196.40 | 15.26 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 15 | American Express Bank Fsb General Unsecured 726 | $8,638.26 | $1,318.02 |

| | | | |
|---|---|---:|---:|
| 14 | American Express Centurion Bank<br>General Unsecured 726 | $18,370.52 | $2,802.97 |
| 17 | American Express Centurion Bank<br>General Unsecured 726 | $582.21 | $88.83 |
| 16 | American Express Travel Related Ser<br>General Unsecured 726 | $9,200.99 | $1,403.88 |
| 10 | Chase Bank<br>General Unsecured 726 | $43,363.01 | $6,616.32 |
| 9 | Chase Bank Usa<br>General Unsecured 726 | $8,390.90 | $1,280.28 |
| 20 | Ecast Settlement Corp<br>General Unsecured 726 | $69.40 | $10.59 |
| 12 | Fds Bank/Bloomingdale'S<br>General Unsecured 726 | $94.10 | $14.36 |
| 3 | Fifth Third Bank<br>General Unsecured 726 | $9,287.90 | $1,417.14 |
| 6 | Fsb, Nordstrom<br>General Unsecured 726 | $1,285.98 | $196.21 |
| 7 | Fsb, Nordstrom<br>General Unsecured 726 | $8,975.51 | $1,369.48 |
| 19 | Ge Recovery Management Systems Corp<br>General Unsecured 726 | $1,132.44 | $172.79 |
| 11 | Holdings, Federated Retail<br>General Unsecured 726 | $2,320.48 | $354.06 |
| 18 | LVNV Funding LLC/Citibank<br>General Unsecured 726 | $14,649.84 | $2,235.27 |
| 13 | Lewis Paper<br>General Unsecured 726 | $1,072.81 | $163.69 |
| 8 | Hagg PressGeneral Unsecured 726 | $2,106.41 | $321.40 |
| 5 | United Parcel Service<br>General Unsecured 726 | $5,183.27 | $790.86 |
| 4A | Village Of Bloomingdale<br>General Unsecured 726 | $167.96 | $25.63 |
| 1 | World Financial Network National Bank<br>General Unsecured 726 | $140.39 | $21.42 |
| 2 | World Financial Network National Bank<br>General Unsecured 726 | $164.02 | $25.03 |
| | **CLASS TOTALS** | **$135,196.40** | **$20,628.23** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____