IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )    NO. 07-13304
WILLIAM AND DENISE CHAP               )    HON. JOHN H. SQUIRES
                                                   )    BANKRUPTCY JUDGE


NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE


TO:  The Debtor, Creditors and Other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed
a Trustee's Final Report and final applications for compensation.  A hearing will be
held


AT:  **COURTROOM 4016**
      **DUPAGE COUNTY COURTHOUSE**
      **505 NORTH COUNTY FARM ROAD**
      **WHEATON IL 60187**

ON:  **AUGUST 29, 2008**                    AT: **10:00 A.M.**


2.  The hearing will be held for the purpose of ruling on any objections to the Final
Report, ruling on applications for compensation and expenses, and any objections to
the pending applications and transacting such other business as may be properly
noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE
CREDITORS IS WELCOMED BUT NOT REQUIRED.


3.  The Trustee's Final Report shows total

RECEIPTS                                    $23,810.86

DISBURSEMENTS                        $26.54

NET CASH AVAILABLE FOR DISTRIBUTION  $23,784.32

4.  Applications for Chapter 7 fees and administrative expenses have been filed as
follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $3,131.09 | $0 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No priority claims were filed in this case.

7. General unsecured creditors filed claims totaling $135,196.40 and will receive a distribution of 15% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| American Express | $8,638.26 | $1,318.02 |
| American Express Centurion | $18,370.52 | $2,802.97 |
| American Express Centurion | $582.21 | $88.83 |
| American Express Travel | $9,200.99 | $1,403.88 |
| Chase Bank | $43,363.01 | $6,616.32 |
| Chase Bank | $8,390.90 | $1,280.28 |
| Ecast Settlement | $69.40 | $10.59 |
| Fds Bank/ Bloomingdales | $94.10 | $14.36 |
| Fifth Third Bank | $9,278.90 | $1,417.14 |
| Nordstrom | $1,285.98 | $196.21 |
| Nordstrom | $8,975.51 | $1,369.48 |
| GE Recovery Mgmt Systems | $1,132.44 | $172.79 |
| Federated Retail Holdings | $2,320.48 | $354.06 |
| LVNV Funding/Citibank | $14,649.84 | $2,235.27 |
| Lewis Paper | $1,072.81 | $163.69 |
| Hagg Press | $2,106.41 | $321.40 |
| UPS | $5,183.27 | $790.86 |
| Village of Bloomingdale | $167.96 | $25.63 |
| World Financial Network | $140.39 | $21.42 |
| World Financial Network | $164.02 | $25.03 |

8. All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are

filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtors received a discharge.

11.    The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank Accounts | $1,200.00 |
| Household goods | $6,000.00 |
| Wearing apparel | $200.00 |
| Jewelry | $1,000 |
| Pension plans | $350,000 |
| Pension plans | $2,000 |
| Pension plans | $8,500 |
| Pension plan | $63,000 |
| Stock | $0.00 |
| Automobile | $12,750 |
| Automobile | $3,000 |

For the Court:

Dated: **July 28, 2008**

**KENNETH S GARDNER**
Kenneth Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)