IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 07-13304 |
| WILLIAM AND DENISE CHAP | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: **COURTROOM 4016**
   **DUPAGE COUNTY COURTHOUSE**
   **505 NORTH COUNTY FARM ROAD**
   **WHEATON IL 60187**

   ON: **AUGUST 29, 2008**          AT: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                                $23,810.86

   DISBURSEMENTS                                           $26.54

   NET CASH AVAILABLE FOR DISTRIBUTION   $23,784.32

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $3,131.09 | $0 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No priority claims were filed in this case.

7. General unsecured creditors filed claims totaling $135,196.40 and will receive a distribution of 15% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| American Express | $8,638.26 | $1,318.02 |
| American Express Centurion | $18,370.52 | $2,802.97 |
| American Express Centurion | $582.21 | $88.83 |
| American Express Travel | $9,200.99 | $1,403.88 |
| Chase Bank | $43,363.01 | $6,616.32 |
| Chase Bank | $8,390.90 | $1,280.28 |
| Ecast Settlement | $69.40 | $10.59 |
| Fds Bank/ Bloomingdales | $94.10 | $14.36 |
| Fifth Third Bank | $9,278.90 | $1,417.14 |
| Nordstrom | $1,285.98 | $196.21 |
| Nordstrom | $8,975.51 | $1,369.48 |
| GE Recovery Mgmt Systems | $1,132.44 | $172.79 |
| Federated Retail Holdings | $2,320.48 | $354.06 |
| LVNV Funding/Citibank | $14,649.84 | $2,235.27 |
| Lewis Paper | $1,072.81 | $163.69 |
| Hagg Press | $2,106.41 | $321.40 |
| UPS | $5,183.27 | $790.86 |
| Village of Bloomingdale | $167.96 | $25.63 |
| World Financial Network | $140.39 | $21.42 |
| World Financial Network | $164.02 | $25.03 |

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are

filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtors received a discharge.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank Accounts | $1,200.00 |
| Household goods | $6,000.00 |
| Wearing apparel | $200.00 |
| Jewelry | $1,000 |
| Pension plans | $350,000 |
| Pension plans | $2,000 |
| Pension plans | $8,500 |
| Pension plan | $63,000 |
| Stock | $0.00 |
| Automobile | $12,750 |
| Automobile | $3,000 |

For the Court:

Dated: **July 28, 2008**        **KENNETH S GARDNER**
Kenneth Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

```
BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514
```

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                  Page 1 of 2                   Date Rcvd: Jul 28, 2008
Case: 07-13304                 Form ID: pdf002              Total Served: 73
```

The following entities were served by first class mail on Jul 30, 2008.
```
db         +William F. Chap, Jr.,   23 Country Club Drive,    Bloomingdale, IL 60108-1248
jdb        +Denise E. Chap,   23 Country Club Drive,    Bloomingdale, IL 60108-1248
aty        +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
             Batavia, IL 60510-3169
tr         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
             Chicago, IL 60625-5104
11502605   +ARC Disposal,    PO Box 9001822,    Louisville, KY 40290-1822
11502606    AT&T Yellow Pages,    RH Donnelley,    8519 Innovation Wac,    Chicago, IL 60682-0085
11502602    American Express,    PO Box 0001,    Los Angeles, CA 90096-0001
11662535    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11502601    American Express Centurion Bk,    c/o Becket & Lee LLP,    PO B 3001,    Malvern PA 19355-0701
11662533    American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11662538    American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
11502607    Bank of America,    PO Box 15102,    Wilmington, DE 19886-5102
11502608    Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11502609   +Bates & Associates,    PO Box 465100,    Aurora, CO 80046-5100
11502610   +Birchcraft Studios,    PO Box 328,    Rockland, MA 02370-0328
11502611    Bloomingdales,    8118 Duke Dr.,    Mason, OH 45040
11502615   +CBCS Dominion Retail,    PO Box 298,    Pittsburgh, PA 15230-0298
11502619   +CRL Associates,    968-A West Lake Street,    Roselle, IL 60172-3305
11502621    CST,    PO Box 33127,    Louisville, KY 40232-3127
11502612   +Cannon,    425 N. Martingdale Rd.,    Schaumburg, IL 60173-2406
11502613    Cardmember Services,    Box 15153,    Wilmington, DE 19886-5153
11502614   +Carson Pirie Scott,    Box 17264,    Baltimore, MD 21297-1264
11644514    Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11502616   +Chase Card Services,    Box 15153,    Wilmington, DE 19886-5153
11502617    Com-Ed,   Bill Payment Center,    Chicago, IL 60608-0001
11502618    Comcast Cable,    Box 3001,    Southeastern, PA 19398-3001
11645615   +FDS Bank/Bloomingdales,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,    Columbus, GA 31902-0137
11645604   +Federated Retail Holdings, Inc./Marshall Fields,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,
             Columbus, GA 31902-0137
11502622    Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
11628715    Fifth Third Bank,    1850 E Paris SE - Bankruptcy Department,    Grand Rapids MI 49546,
             MD# ROPS-05
11502623   +GC Services Limited(American Exp),    Box 39050 (052),    Phoenix, AZ 85069-9050
11502624    Global Advantage,    PO Box 10908,    San Rafael, CA 94912-0908
11502625   +Hagg Press,    l165 Jansen Farm Ct.,    Elgin, IL 60123-2595
11502627    Harris Bank,    106 West Irving Park,    Roselle, IL 60172
11502626    Harris Bank,    106 W. Irving Park Rd.,    Roselle, IL 60172
11502628   +Lewis Paper,    749 West Fullerton Ave.,    Addison, IL 60101-3258
11502629   +Lord & Taylor,    Box 94873,    Cleveland, OH 44101-4873
11502631    MCI,    Box 17890,    Denver, CO 80217-0890
11502630    Macy’s,    PO Box 689195,    Des Moines, IA 50368-9195
11502632    Met Life Auto,    PO Box 41753,    Philadelphia, PA 19101-1753
11502633   +Michael D. Fine,    131 South Dearborn,    Chicago, IL 60603-5517
11502636   +NCO Financial,    PO Box 17196,    Baltimore, MD 21297-1196
11502637   +NCO Financial System,    1804 Washington Blvd.,    Mailslot 475,    Baltimore, MD 21230-1700
11502634    Nationwide,    PO Box 41731,    Philadelphia, PA 19101-1731
11502635    Nationwide Credit,    385 North Freeway Blvd. Suite 100,    Sacramento, CA 95834-1954
11502638    New York & Co.,    Box 182121,    Columbus, OH 43218-2121
11502639   +Nicor Gas,    Box 870,    Aurora, IL 60507-0870
11502640    Nissan Motor Acceptance,    Box 0502,    Carol Stream, IL 60132-0502
11502642    Norstrom Credit,    PO Box 79134,    Phoenix, AZ 85062-9134
11502643    PII,   Credit Bureau Inc.,    700 E. Lake St.,    Chicago, IL 60601
11502644   +Pitney Bowes,    Box 85042,    Louisville, KY 40285-5042
11502645   +RMS,    PO Box 20543,    Lehigh Valley, PA 18002-0543
11502646    Sears,    PO Box 183082,    Columbus, OH 43218-3082
11502647    Sprint,    POB 4191,    Carol Stream, IL 60197-4191
11502648   +Stouse Inc.,    300 New Century Parkway,    New Century, KA 66031-1128
11502649   +Team Concept Printing,    540 Tower Blvd.,    Carol Stream, IL 60188-9426
11502650    The Finer Line,    1806 North Plum Grove Rd.,    Schaumburg, IL 60173-4546
11502651    Total Credit Recovery USA Group,    PO Box 2304,    Buffalo, NY 14240-2304
11502654  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Box 790408,    Saint Louis, MO 63179)
11502652    United Mileage Plus,    PO Box 15153,    Wilmington, DE 19886-5153
11502653   +United Parcel Service,    Lock Box 577,    Carol Stream, IL 60132-0001
11631265   +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
             Timonium, Maryland 21094-4396,    Telephone Number: (410) 773-4029
11502656    Victoria’s Secret,    Box 182121,    Columbus, OH 43218-2121
11502657   +Village of Bloomingdale,    201 South Bloomingdale Rd.,    Bloomingdale, IL 60108-1487
11618193    World Financial Network National Bank,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,
             Seattle, WA 98124-3978
11766415    eCAST Settlement Corporation,    Assignee of Household Bank (Bon Ton),    P.O. Box 7247-6971,
             Philadelphia, PA 19170-6971
```

The following entities were served by electronic transmission on Jul 29, 2008.
```
12407625   +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2008 03:12:18     Capital Recovery One,
             25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11711185    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0752-1           User: sward                Page 2 of 2                  Date Rcvd: Jul 28, 2008
Case: 07-13304                 Form ID: pdf002            Total Served: 73

The following entities were served by electronic transmission (continued)
11640601       +E-mail/PDF: bnc@nordstrom.com Jul 29 2008 03:32:14      Nordstrom FSB,   PO Box 6566,
                 Englewood, CO 80155-6566
11502641        E-mail/PDF: bnc@nordstrom.com Jul 29 2008 03:32:14      Nordstrom Visa,   PO Box 79137,
                 Phoenix, AZ 85062-9137
12389401        E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2008 03:12:02
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
11735265       +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2008 03:12:01
                 Recovery Management Systems Corporation,   For GE Money Bank,   dba LORD & TAYLOR,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11502655        E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 29 2008 03:11:55      Verizon,
                 PO Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11502620         CRL Associates
11502603*       +American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
11502604*       +American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
                                                                                           TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2008**          **Signature:** _Joseph Speetjens_