UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                                    CHAPTER 7

WILLIAM F. CHAP, JR.                                      CASE NO. 07-13304
DENISE E. CHAP
                          Debtor(s).                      HON. JOHN SQUIRES

## FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $3,131.09 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $25.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $20,637.30 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $23,793.39 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 25.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 4 | Village Of Bloomingdale Real Estate-Non-consensual Liens | $25.00 | $25.00 |
| | **CLASS TOTALS** | **$25.00** | **$25.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,131.09 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $3,131.09 | $3.131.09 |
| | **CLASS TOTALS** | **$3,131.09** | **$3,131.09** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,425 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and Penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 135.196.40 | 15.26 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 15 | American Express Bank Fsb General Unsecured 726 | $8,638.26 | $1,318.60 |

| | | | |
|---|---|---|---|
| 14 | American Express Centurion Bank | $18.370.52 | $2,804.20 |
| | General Unsecured 726 | | |
| 17 | American Express Centurion Bank | $582.21 | $88.87 |
| | General Unsecured 726 | | |
| 16 | American Express Travel Related Services | $9.200.99 | $1,404.51 |
| | General Unsecured 726 | | |
| 10 | Chase Bank | $43.363.01 | $6.619.23 |
| | General Unsecured 726 | | |
| 9 | Chase Bank USA | $8.390.90 | $1,280.85 |
| | General Unsecured 726 | | |
| 20 | Ecast Settlement Corp | $69.40 | $10.59 |
| | General Unsecured 726 | | |
| 12 | Fds Bank/Bloomingdale's | $94.10 | $14.36 |
| | General Unsecured 726 | | |
| 3 | Fifth Third Bank | $9,287.90 | $1,417.77 |
| | General Unsecured 726 | | |
| 6 | Nordstrom fsb | $1.285.98 | $196.30 |
| | General Unsecured 726 | | |
| 7 | Nordstrom fsb | $8.975.51 | $1.370.08 |
| | General Unsecured 726 | | |
| 19 | GE, Recovery Management System Corp | $1.132.44 | $172.86 |
| | General Unsecured 726 | | |
| 11 | Holdings. Federated Retail | $2,320.48 | $354.21 |
| | General Unsecured 726 | | |
| 18 | Lvnv Funding Llc/Citibank | $14.649.84 | $2,236.25 |
| | General Unsecured 726 | | |
| 13 | Paper. Lewis | $1.072.81 | $163.76 |
| | General Unsecured 726 | | |
| 8 | Hagg Press | $2.106.41 | $321.54 |
| | General Unsecured 726 | | |
| 5 | United Parcel Service | $5,183.27 | $791.21 |
| | General Unsecured 726 | | |
| 4A | Village Of Bloomingdale | $167.96 | $25.64 |
| | General Unsecured 726 | | |
| 1 | World Financial Network National Bank | $140.39 | $21.43 |
| | General Unsecured 726 | | |
| 2 | World Financial Network National Bank | $164.02 | $25.04 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$135,196.40** | **$20,637.30** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _9/2/08_____          /s/ Brenda Porter Helms
                                        Trustee