IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM AND DENISE CHAP | ) | NO. 07-13304 |
| | ) | HON. JOHN H. SQUIRES, |
| | ) | BANKRUPTCY JUDGE |

### TRUSTEE'S FINAL ACCOUNT AND
### APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
United States Bankruptcy Judge

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report, copies of which are attached hereto as Group Exhibit A.

   All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

   The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.

Dated: November 18, 2008                              /s/ Brenda Porter Helms
                                                      _____
                                                      Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-13304 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | CHAP JR., WILLIAM F. | | Bank Name: | BANK OF AMERICA, N.A. |
| | CHAP, DENISE E. | | Account Number / CD #: | *******7375 Money Market - Interest-bearing |
| Taxpayer ID No: | *******8179 | | | |
| For Period Ending: | 11/18/08 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account Balance |
| 12/27/07 | 1 | William and Denise Chap<br>23 Country Club Dr<br>Bloomingdale IL 60108 | equity in debtors residence | 1110-000 | 23,782.00 | | |
| | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.31 | | |
| 01/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.40 | | |
| 02/14/08 | 000101 | International Sureties Ltd<br>701 Poydras St<br>New Orleans LA 70139 | trustee bond | 2300-000 | | 26.54 | |
| 02/29/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 5.05 | | |
| 03/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.62 | | |
| 04/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.87 | | |
| 05/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.01 | | |
| 06/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.93 | | |
| 07/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.02 | | |
| 08/29/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.02 | | |
| 09/02/08 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | |
| 09/02/08 | | Transfer to Acct #*******7624 | Final Posting Transfer | 9999-000 | | 23,793.39 | |

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 07-13304 -SQU | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CHAP JR, WILLIAM F | Bank Name: BANK OF AMERICA, N.A. |
| CHAP, DENISE E | Account Number / CD #: *******7624 Checking - Non Interest |
| Taxpayer ID No: *******8179 | |
| For Period Ending: 11/18/08 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account Balance |
| 09/02/08 | | Transfer from Acct #*******7378 | Transfer In From MMA Account | 9999-000 | 23,793.39 | | |
| 09/03/08 | 001001 | Village of bloomingdale<br>201 S. bloomingdale Road<br>Bloomingdale IL 60108 | final distribution | 4120-000 | | 25.00 | |
| 09/03/08 | 001002 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 3,131.09 | |
| 09/03/08 | 001003 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | final distribution | 7100-000 | | 1,318.00 | |
| 09/03/08 | 001004 | American Express Centurion Bank<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | final distribution | 7100-000 | | 2,804.20 | |
| 09/03/08 | 001005 | American Express Centurion Bank | final distribution | 7100-000 | | 88.87 | |
| 09/03/08 | 001006 | American Express Travel Related Services<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | final distribution | 7100-000 | | 1,464.51 | |
| 09/03/08 | 001007 | Chase Bank | final distribution | 7100-000 | | 6,619.23 | |
| 09/03/08 | 001008 | eCAST Settlement Corp<br>Assignee of Household Bank (Bon Ton)<br>P.O. Box 7247-6971<br>Philadelphia PA 19170 | final distribution | 7100-000 | | 10.59 | |
| 09/03/08 | 001009 | FDS Bank/Bloomingdale's<br>c/o Tsys Debt Mgmt<br>P.O. Box 137<br>Columbus GA 31902 | final distribution | 7100-000 | | 14.36 | |
| 09/03/08 | 001010 | Fifth Third Bank<br>1850 E Paris SE- Bankruptcy Department<br>Grand Rapids MI 49546<br>MD=ROPS-05 | final distribution | 7100-000 | | 1,411.77 | |
| 09/03/08 | 001011 | Nordstrom FSB<br>P.O. Box 6566<br>Englewood CO 80155 | final distribution | 7100-000 | | 196.30 | |
| 09/03/08 | 001012 | Nordstrom FSB<br>P.O. Box 6566<br>Englewood CO 80155 | final distribution | 7100-003 | | 196.30 | |
| 09/03/08 | 001012 | Nordstrom FSB<br>P.O. Box 6566<br>Englewood CO 80155 | final distribution<br>check issued for wrong amount | 7100-003 | | -196.30 | |
| 09/03/08 | 001013 | Recovery Managment Systesm Cor for GE Money Bank d/b/a Lord & Taylor<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | final distribution | 7100-000 | | 172.86 | |
| 09/03/08 | 001014 | Federated Retail Holdings<br>Marshall Fields<br>c/o Tsys Debt Mgmt<br>P.O. Box 137<br>Columbus GA 31902 | final distribution | 7100-000 | | 354.21 | |

FORM2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-13304-SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CHAP JR., WILLIAM F | Bank Name: | BANK OF AMERICA, N.A. |
| | CHAP, DENISE E | Account Number / CD #: | ******7624 Checking - Non Interest |
| Taxpayer ID No: | ******8179 | | |
| For Period Ending: | 11/18/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account Balance |
| 09/03/08 | 001015 | LVNV Funding LLC/Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville SC 29603 | final distribution | 7100-000 | | 2,236.25 | |
| 09/03/08 | 001016 | Lewis Paper<br>749 W. Fullerton Ave<br>Addison IL 60101 | final distribution | 7100-000 | | 163.76 | |
| 09/03/08 | 001017 | Hagg Press<br>1165 Jansen Farm Ct<br>Elgin IL 60123 | final distribution | 7100-000 | | 321.54 | |
| 09/03/08 | 001018 | United Parcel Service<br>c/o RMS Bankruptcy Recovery SErvices<br>P.O. Box 4396<br>Timonium MD 21094 | final distribution | 7100-000 | | 791.21 | |
| 09/03/08 | 001019 | Village of Bloomingdale<br>201 S. Bloomingdale Rd<br>Bloomingdale IL 60108 | final distribution | 7100-000 | | 25.64 | |
| 09/03/08 | 001020 | World Financial Network National Bank<br>c/o Weinstein & Riley<br>P.O. Box 3978<br>Seattle WA 98124 | final distribution | 7100-000 | | 21.45 | |
| 09/03/08 | 001021 | World Financial Network National Bank<br>c/o Weinstein & Riley<br>P.O. Box 3978<br>Seattle WA 98124 | | 7100-000 | | 25.64 | |
| 09/03/08 | 001022 | Nordstrom FSB<br>P.O. Box 6566<br>Englewood CO 80155 | final description | 7100-000 | | 1,376.08 | |
| 09/03/08 | 001023 | Chase Bank USA<br>c/o Weinstein & Riley<br>P.O. Box 3978<br>Seattle WA 98124 | final distribution | 7100-000 | | 1,280.85 | |

Total Of All Accounts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:  CHAPTER 7

WILLIAM F. CHAP, JR.  CASE NO. 07-13304
DENISE E. CHAP

        Debtor(s).  HON. JOHN SQUIRES

FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $3,131.09 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $25.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $20,637.30 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $23,793.39 |

Group Exhibit A

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 25.00 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 4 | Village Of Bloomingdale Real Estate-Non-consensual Liens | $25.00 | $25.00 |
| | CLASS TOTALS | $25.00 | $25.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,131.09 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $3,131.09 | $3,131.09 |
| | CLASS TOTALS | $3,131.09 | $3,131.09 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,425 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and Penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 135,196.40 | 15.26 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 15 | American Express Bank Fsb General Unsecured 726 | $8,638.26 | $1,318.60 |

| | | | |
|---|---|---|---|
| 14 | American Express Centurion Bank<br>General Unsecured 726 | $18,370.52 | $2,804.20 |
| 17 | American Express Centurion Bank<br>General Unsecured 726 | $582.21 | $88.87 |
| 16 | American Express Travel Related Services<br>General Unsecured 726 | $9,200.99 | $1,404.51 |
| 10 | Chase Bank<br>General Unsecured 726 | $43,363.01 | $6,619.23 |
| 9 | Chase Bank USA<br>General Unsecured 726 | $8,390.90 | $1,280.85 |
| 20 | Ecast Settlement Corp<br>General Unsecured 726 | $69.40 | $10.59 |
| 12 | Fds Bank/Bloomingdale's<br>General Unsecured 726 | $94.10 | $14.36 |
| 3 | Fifth Third Bank<br>General Unsecured 726 | $9,287.90 | $1,417.77 |
| 6 | Nordstrom fsb<br>General Unsecured 726 | $1,285.98 | $196.30 |
| 7 | Nordstrom fsb<br>General Unsecured 726 | $8,975.51 | $1,370.08 |
| 19 | GE, Recovery Management System Corp<br>General Unsecured 726 | $1,132.44 | $172.86 |
| 11 | Holdings, Federated Retail<br>General Unsecured 726 | $2,320.48 | $354.21 |
| 18 | Lvnv Funding Llc/Citibank<br>General Unsecured 726 | $14,649.84 | $2,236.25 |
| 13 | Paper, Lewis<br>General Unsecured 726 | $1,072.81 | $163.76 |
| 8 | Hagg Press<br>General Unsecured 726 | $2,106.41 | $321.54 |
| 5 | United Parcel Service<br>General Unsecured 726 | $5,183.27 | $791.21 |
| 4A | Village Of Bloomingdale<br>General Unsecured 726 | $167.96 | $25.64 |
| 1 | World Financial Network National Bank<br>General Unsecured 726 | $140.39 | $21.43 |
| 2 | World Financial Network National Bank<br>General Unsecured 726 | $164.02 | $25.04 |
| | **CLASS TOTALS** | **$135,196.40** | **$20,637.30** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _9/2/08_                    /s/ Brenda Porter Helms
                                   Trustee

07-13304.35.1:Application for Compensation:Proposed Order Entered: 7/22/2008 10:50:33 AM by:Brenda Helms Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| WILLIAM AND DENISE CHAP, JR. | ) | CASE NO. 07-13304 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES
### AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,131.09 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $3,131.09 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _29th_ day of _August_, 2008.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE